UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **COREY WATKINS**, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | Civil Action Number: |
| ) | **1:15-cv-02195-AKK-SGC** |
| **STATE OF ALABAMA, et al.**, ) | |
| ) | |
| **Defendants.** ) | |

## MEMORANDUM OPINION

The magistrate judge filed a report on November 17, 2016, recommending this action be dismissed without prejudice for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b). Doc. 9. Moreover, to the extent Watkins has attempted to allege any supplemental state law claims, the magistrate judge recommended that this court dismiss such claims without prejudice to Watkins' refiling them in state court, pursuant to 28 U.S.C. 1367. *Id.* at 11.

On December 16, 2016, Watkins filed objections to the report and recommendation. Doc. 13. Watkins' objections, however, fail to address the magistrate judge's finding that the statute of limitations bars Watkins' § 1983 claims, and that his claims against Huel Love and Todd Barksdale fail because there is no private cause of action under the Alabama Rules of Professional

Conduct or because he cannot raise § 1983 claims against these private non-state actors. Basically, Watkins has not addressed any of the deficiencies the magistrate judge outlined.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, and the objections thereto, Watkins' objections are **OVERRULED** and the magistrate judge's report is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Therefore, in accordance with 28 U.S.C. § 1915A(b), this action is due to be **DISMISSED WITHOUT PREJUDICE** for failing to state a claim upon which relief can be granted. Final Judgment will be entered.

**DONE** the 22nd day of December, 2016.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE